## US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:**                                                    **USCA#:**

F. B. et al v. Archdiocese of St. Louis, Missouri et al

**Case Number:**

4:22-CV-00152-RWS

**Plaintiff:**                                  **Defendant:**

F. B., et al.                                  ARCHDIOCESE OF ST. LOUIS, MISSOURI, et al.

**Attorney:**                                  **Attorney:**

Kenneth M. Chackes (for pla)                   See Docket Sheet
230 S. Bemiston Ave.
Suite 510
St. Louis, MO  63105
Ph:  314-872-8420  Fax:
Email:  kchackes@chackes.com

Judith Abbott Gran (for pla)
19 Chestnut Street
Haddonfield, NJ  19130
Ph:  856-354-0061  Fax:  856-873-5640
Email:  judith@rcglawoffices.com

**Court Reporter(s):**                         Please return files and documents to:

Shannon White                                  Clerk for Eastern District of Missouri
Kristine Toennies

                                               Person to contact about the appeal:

                                               J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid on 11/30/2023 | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No        Where:

**Please list all other defendants in this case if there were multiple defendants:**