UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| F.B. and M.B., individually and as Natural guardians and next friends of their child, L.B., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 4:22 CV 152 RWS |
| OUR LADY OF LOURDES PARISH AND SCHOOL, | ) ) ) ) |
| Defendant, | ) |

## JUDGMENT

Upon remand from the United States Court of Appeals for the Eighth Circuit,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that** the judgment entered in this matter on November 1, 2023 [110] is **VACATED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that** Defendants F.B., M.B., and L.B.'s second amended complaint is hereby **DISMISSED** for lack of jurisdiction.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2025.